IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CARLOS CRESPO,

      Appellant,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3906

Opinion filed March 5, 2015.

An appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

Carlos Crespo, pro se, for Appellant.

Sarah Rumph, General Counsel, and Mark J. Hiers, Assistant General Counsel,
Florida Commission of Offender Review, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, MAKAR, and OSTERHAUS, JJ., CONCUR.